AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:19-mj-00006-HCA-1 |
| Jeffrey Garret Roads | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING
### and/or Preliminary Hearing

A detention and preliminary hearing in this case is scheduled as follows:

| Place: United States Courthouse Des Moines, Iowa | Courtroom No.: Room 460 |
|---|---|
| | Date and Time: 1/14/19 3:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: January 11, 2019

*Judge's signature*

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*